**Order filed January 24, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00908-CV
_____

**JOSHUA READ, Appellant**

**V.**

**WILDA GARRETT, Appellee**

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Court Cause No. 541701102**

## O R D E R

Appellant's brief was due January 3, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 25, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM